# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **AHMED ALI SALEH AL HAMAMI**, <br><br> *Plaintiff-Petitioner,* <br><br> v. <br><br> **UR MENDOZA JADDOU**, *et al.*, <br><br> *Defendants-Respondents.* | Civil Action No.: 1:23-cv-01834-PAG <br><br><br><br><br> **PLAINTIFF-PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff-Petitioner and their counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against all Defendants-Respondents.

So Ordered.
/s/ Patricia A. Gaughan
10/26/23

Dated: October 25, 2023

Respectfully Submitted,

*/s/ Jana Al-Akhras*
Jana Al-Akhras, Esq. (OH: 0096726)
Phone: (929) 988-0912
Email: ia@urenaesq.com

**URENA & ASSOCIATES**
42 West St. Suite 136
Brooklyn, NY 11222
info@urenaesq.com / (888) 817-8599
*Lead Counsel for Plaintiff-Petitioner*